# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| TICORRAL S. TOLLIVER, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>PPG INDUSTRIES, INC., )<br>)<br>Defendant. ) | Case No. 11-CV-2303 |

## ORDER

A Report and Recommendation (#15) was filed by Magistrate Judge David G. Bernthal in the above cause on May 15, 2012. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#15) is accepted by this court.

(2) Defendant's Motion to Dismiss (#10) is GRANTED. Plaintiff's pro se Complaint (#1) is dismissed.

(3) This case is terminated.

ENTERED this 4th day of June, 2012.

s/MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE